AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| TRAVIS CORLEY, | ) | Case No.   5:26-mj-161 (MJK) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 4, 2026 in the county of Onondaga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Knowing distribution of child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

CORY R SHEPARD  Digitally signed by CORY R SHEPARD
Date: 2026.07.15 15:16:22 -04'00'

*Complainant's signature*

Cory Shepard, Task Force Officer, HSI

*Printed name and title*

Attested to by the affiant in person in accordance with Rule 3 of the Federal Rules of Criminal Procedure.

Date:    July 15, 2026

*Judge's signature*

City and State:    Syracuse, NY                    Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**</u>

I, Cory Shepard, being duly sworn, hereby state as follows:

**I.      INTRODUCTION**

1.      I am a Customs and Border Protection Officer (CBPO) with the U.S. Department of Homeland Security (DHS), Customs and Border Protection (CBP), and as such I am empowered by law to investigate and make arrest for offenses enumerated in Title 18, United States Code, Section 2252A.

2.      I have been employed as a Task Force Officer (TFO) since November 2020 and I am currently assigned to the Homeland Security Investigation (HSI) Task Force Resident Agent Office in Alexandria Bay, New York.  While assigned to HSI, I have been responsible for enforcing customs laws, immigration laws and federal criminal statutes of the United States.  My responsibilities as a TFO with HSI include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collecting evidence, and interviewing witnesses.  I have been a TFO for approximately five and one-half years and have investigated and/or participated in investigations of child pornography, narcotics, smuggling, and immigration-related cases.  My duties include the enforcement of federal criminal statutes involving the sexual exploitation of children, as codified in Title 18, United States Code, Sections 2251 through 2259.  I have participated in searches of premises and assisted in gathering evidence by means of a search warrant.  I have received training in the area of the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms, including video and computer media.

3.      My duties include the enforcement of federal criminal statutes involving the exploitation of children as codified in Title 18, United States Code, Sections 2251-2259. I have received training in the importation and distribution of child pornography and have had the

1

opportunity to observe and review numerous examples of child pornography in many forms of media, including video and computer media.

4.       This affidavit is made in support of an application for a criminal complaint charging Travis CORLEY with a violation of 18 U.S.C. § 2252A(a)(2)(A) (distribution of child pornography).

5.       The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has violated 18 U.S.C. § 2252A(a)(2)(A) (distribution of child pornography).

## II.       PROBABLE CAUSE

6.       As part of an ongoing investigation, the Internet Crimes Against Children Task Force (ICAC) in Albany, New York initiated the use of investigative software that was connected to the Internet to conduct an investigation on the BitTorrent[1] network. The investigative software is designed to search the BitTorrent network for computers that are possessing and offering to share files depicting child pornography. The software accomplishes this by comparing torrent file info hashes for files that are being offered for share on the BitTorrent network with info hashes contained within a "torrents of interest" list.

---

[1] BitTorrent is one of several Peer-to-Peer networks used to exchange files amongst users. When the BitTorrent software is running on a device connected to the Internet, the user is able to download files from other users on the network, as well as share files from the user's device with other BitTorrent users.

7.      If an info hash[2] match for a "torrent of interest" is identified, the investigative software will note the Internet Protocol (IP) address of the computer possessing that torrent file, and it will attempt to download the file(s) associated with the torrent file from the computer that is using that IP address (if the files are being made available for download by the suspect computer). The investigative software accomplishes this by establishing a direct connection with the computer using that IP address. All downloads made by the investigative software are single-source downloads, meaning that they are obtained from the single computer that is using the IP address, as opposed to downloading parts of the file(s) from multiple sources.

8.      Through info hash matches, the investigative software noted that a computer using IP address 45.47.64.137 (the "SUBJECT IP ADDRESS") possessed and was sharing child pornography. Specifically, the investigative software observed that a computer using the SUBJECT IP ADDRESS possessed a "torrent of interest" and was sharing files associated with it via the BitTorrent network.

9.      Since approximately December 2020 through April 2026, the investigative software connected to the SUBJECT IP ADDRESS and downloaded torrents of interest (based on the info hash) approximately 16 times.

10.      For example, on or about April 4, 2026, the investigative software established a direct connection with a computer that was using the SUBJECT IP ADDRESS and downloaded multiple files from it that were associated with a "torrent of interest."  I personally viewed the files downloaded from the SUBJECT IP ADDRESS and confirmed that they depicted child pornography. A downloaded file, File 000685, is a video, approximately thirty-eight seconds in length, that depicts a female child of approximately 5 to 7 years of age and an adult male. There is a caption "Daddy's little whore" in a red banner in the middle of the screen. The background is of the

---

[2] An "info hash" is a unique identification number for a specific torrent file.

3

minor female's exposed vagina with an adult male's penis near the vagina. The video then cuts to the female child, wearing only underwear which is around her knees, rubbing her vagina. The video then cuts to another caption stating, "Baby's first time with me" "She can hardly wait to feel my big cock in her!" The video then shows a minor female bound at her ankles with a piece of cloth and an adult male penis vaginally penetrating her.

11.     The event logs associated with this April 4, 2026 download showed that the source computer used the client "qBitTorrent" to distribute the file to the investigative software.

12.     Records provided by an Internet Service Provider showed that since October 2020 to at least May 7, 2026, the SUBJECT IP ADDRESS was assigned to Individual A at Residence A, in Onondaga County, New York. Individual A and Travis CORLEY both reside at Residence A.

13.     On July 14, 2026, the Honorable Mitchell J. Katz, U.S. Magistrate Judge, authorized search warrants for, among other locations, Residence A, to include electronic devices found therein.

14.     On July 15, 2026, law enforcement officers executed the search warrants. Pursuant to the search warrants, law enforcement seized a cell phone from CORLEY. He provided a PIN that unlocked that phone.

15.     During the search of Residence A, law enforcement found a laptop computer. The computer was located in a bedroom on the floor next to the bed. According to Individual A, CORLEY used that bedroom and the same side of the bed where the computer was located.

16.     Upon activating the computer, law enforcement observed that the name of the user account that was logged in was "Travis Corley." Investigators determined that the access PIN was the same number that was used to unlock CORLEY's cell phone. Investigators additionally observed that the account was associated with the email address irishkrest@gmail.com. Individual A identified irishkrest@gmail.com as CORLEY's email address.

4

17.     Law enforcement performed a triage examination of the computer.[3] Investigators observed that the program qBitTorrent was installed on the computer.

18.     During this triage examination, investigators also observed on the computer hundreds of thumbnail cache image files[4] that contained depictions of child pornography. In reviewing those images, I observed that one of those files matched the thumbnail image from the video that was downloaded by law enforcement on April 4, 2026, that is described in paragraph 10 above.

**III.     CONCLUSION**

19.     Based on the above information, there is probable cause to believe that Travis CORLEY has violated 18 U.S.C. § 2252A(a)(2)(A) (distribution of child pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

CORY R SHEPARD   Digitally signed by CORY R SHEPARD
Date: 2026.07.15 15:14:24 -04'00'

_____
Cory Shepard, Task Force Officer
Homeland Security Investigations

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant before me in person.

_____
Hon. Mitchell J. Katz
United States Magistrate Judge

---

[3] A triage examination is a preliminary review of the device contents, in contrast to a full forensic examination.

[4] A thumbnail cache image is an image associated with a file that was located on a computer; for video files, the thumbnail is the initial frame of the video.